DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Donald D. Willis, ) | |
| ) | CASE NO. 5:10 CV 1494 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Chase Home Finance, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is dismissed pursuant to 28 U.S.C. § 1915(e). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

 August 30, 2010                          *s/ David D. Dowd, Jr.*
Date                                          David D. Dowd, Jr.
                                                U.S. District Judge